DATE: May 2, 2019
LOCATION: Video BEAUMONT/PLANO
JUDGE : MARCIA A. CRONE
DEPUTY CLERK: Julia Colyer/Lori Stover
RPTR/ECRO Tonya Jackson
USPO: Clinton Derouen
INTERPRETER: Lyda Baro
BEGIN: 10:32 a.m.
ADJOURN: 10:42 a.m.

CASE NUMBER: **4:18CR132-1**
USA         Ernest Gonzalez      Assigned
VS          Ernest Gonzalez      Appeared

**JOSE D. MORELOS**
Defendant

John Helms
Attorney

Total In-Court Time: **10 MINUTES**

## VIDEO SENTENCING

✓ Sentencing held     ✓ Court adopts presentence report     ☐ Court adopts presentence report w/CHANGES
✓ Court Accepts Plea Agreement     ✓ Plea Agreement UNSEALED pursuant to Local Rule CR-49
✓ Video Waiver signed

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| Count 1 of the Indictment | 57 Months | $250,000.00 | --- | --- | 5 Years | $100.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**SPECIAL CONDITIONS:**

✓ ...... Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.
✓ ..... Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.
✓ ...... Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

✓ ...... Dft remanded to the USM.
☐ ...... Dft ordered to surrender_____ to    ☐  USM    ☐  designated institution
☐ ....... Oral Motion - Govt - to Dismiss _____.
☐ ....... Oral Order - Granted ____ dismissed on govt's motion.
✓ ...... **Dft advised of right to appeal and apply for court appointed counsel.**

☐ See reverse/attached for additional proceedings